In the Matter of PURE OIL COMPANY, Appellant, against LAZARUS JOSEPH, Successor to JOSEPH D. McGOLDRICK, as Comptroller of the City of New York, Respondent.

Argued April 15, 1947; decided May 15, 1947.

*Charles Pratt Healy* for appellant.

*Charles E. Murphy, Corporation Counsel* (*Francis I. Howley, Isaac C. Donner* and *Gertrude Herschler* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.